UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**ARK LABORATORY, LLC,**                    Case No. 23-43403-MLO
                                                    Chapter 11
    Debtor.                               Hon. Maria L. Oxholm
_____/

**PAUL R. HAGE, solely in his
capacity as Liquidating Trustee
of the Ark Laboratory Trust,**

    Plaintiff,                                   Adv. P. Case No. 23-_____

v.

**JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,**

    Defendants.
_____/

## INDEX OF EXHIBITS

The One Year Transfers.................................................................................Exhibit A

The Two Year Transfers ................................................................................. Exhibit B

The Post Petition Transfers ........................................................................... Exhibit C

The Six Year Transfers ................................................................................... Exhibit D

The Transfers .................................................................................................. Exhibit E