# EXHIBIT A

**Exhibit A**

## Ark Laboratory, LLC
## One-Year Transfers to James Grossi
### April 13, 2022 - April 12, 2023 - One year Pre-Petition

| | | |
|---|---:|---:|
| **Total for 51900 Dues & Subscriptions** | $ | 12,367.98 |
| **Total for 53750 Meals and Entertainment** | | 4,979.80 |
| **Total for 53751 Meals** | | 22,044.56 |
| **Total for 53760 Entertainment** | | 89,713.15 |
| **Total for 54200 Office Expense** | | 8,572.15 |
| **Total for 56250 Travel** | | 7,489.59 |
| **Total for 56750 Uncategorized Expense** | | 1,652.80 |
| **Total for 56980 Uniforms** | | 10,304.57 |
| **Total for 69000 Unapplied Cash Bill Payment Expense** | | 23,000.00 |
| **Total for 99999 Expense Reports** | | 433,462.13 |
| | $ | 603,282.16 |