# EXHIBIT B

**Exhibit B**

# Ark Laboratory, LLC
## Two Year Transfers to James Grossi
### April 13, 2021 - April 12, 2023 - Two year Pre-Petition

|  | Amount |
|---|---:|
| Total for 23025 Jim Grossi - Draw | $ 771,000.00 |
| Total for 32000 S Corp Distribution | 21,732.32 |
| Total for 51900 Dues & Subscriptions | 22,998.12 |
| Total for 53750 Meals and Entertainment | 37,333.51 |
| Total for 53751 Meals | 51,128.05 |
| Total for 53760 Entertainment | 427,979.78 |
| Total for 54200 Office Expenses | 8,858.35 |
| Total for 54210 Other General and Admin Expenses | 1,292.43 |
| Total for 55250 Promotional | 1,300.00 |
| Total for 55800 Supplies | 6,075.40 |
| Total for 56250 Travel | 119,998.51 |
| Total for 56750 Uncategorized Expense | 1,843.23 |
| Total for 56980 Uniforms | 903.17 |
| Total for 69000 Unapplied Cash Bill Payment Expense | 23,000.00 |
| Total for 99999 Expense Reports | 692,561.08 |
|  | $ 2,165,003.95 |