# EXHIBIT C

**Exhibit C**
**Post Petition Transfers**

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---:|
| 07/24/2023 | Check | 5003 | James Grossi | Expense Reports | Loan Repayment/Expenses | 10,123.46 |
| 07/05/2023 | Check | 5031 | James Grossi | Expense Reports | Payback from $10K Loan? | 4,000.00 |
| 07/03/2023 | Check | 5021 | James Grossi | Expense Reports | Jim wrote check need backup - Expenses | 2,964.36 |
| 06/28/2023 | Check | 5028 | James Grossi | Expense Reports | Jim wrote a check to himself need back up | 3,946.33 |
| 06/28/2023 | Check | 5029 | James Grossi | Bank Charges | Paying back a square payment | 2,554.32 |
| 06/26/2023 | Check | 5020 | James Grossi | Expense Reports | Jim Wrote a check to himself. Need back up. | 2,016.36 |
| 05/05/2023 | Expense | 05052023 | James Grossi | Expense Reports | Jim wrote ck to himself. Need backup | 140.00 |
| 05/02/2023 | Expense | 05022023 | James Grossi | Expense Reports | Jim wrote ck to himself. Need to find Detail. | 1,636.31 |
| 04/19/2023 | Bill | 04192023 | James Grossi | Expense Reports | Payment | 7,000.00 |
| 04/18/2023 | Bill | 04182023 | James Grossi | Expense Reports | Child Support | 3,750.00 |
| | | | | | | $ 38,131.14 |