# EXHIBIT D

**Exhibit D**

# Ark Laboratory LLC
## Six Year Transfers - Grossi
### December 1, 2020 - April 12, 2021

|  | Amount |
|---|---:|
| **Total for 15000 Jim Grossi** | $ 50,000.00 |
| **Total for 19100 Loan Closing Costs** | 22,500.00 |
| **Total for 23025 Jim Grossi - Draw** | 1,079,500.00 |
| **Total for 58000 Transaction Costs** | 40,000.00 |
|  | $ 1,192,000.00 |