# EXHIBIT E

**EXHIBIT E**
**SUMMARY OF ALL TRANSFERS**\*

| Transfers | Value | To | For the Benefit Of |
|---|---|---|---|
| **Redemption Transfers** | | | |
| $14 Million Transfer | $7,000,000 | Tierney/Tierney Trust | Tierney/Tierney Trust |
| | $7,000,000 | Kiminaia/Kiminaia Trust | Kiminaia/Kiminaia Trust |
| $700,000 Transfer | $700,000 | Sattar | Grossi/2210/305 |
| | | | Tierney/Tierney Trust |
| | | | Kiminaia/Kiminaia Trust |
| Loan Forgiveness | $355,000 | Tierney/Tierney Trust | Tierney/Tierney Trust |
| | $355,000 | Kiminaia/Kiminaia Trust | Kiminaia/Kiminaia Trust |
| Note Obligations | $1,240,000 | Tierney/Tierney Trust | Tierney/Tierney Trust |
| | $1,240,000 | Kiminaia/Kiminaia Trust | Kiminaia/Kiminaia Trust |
| Note Obligation Transfers | $114,009 | Tierney/Tierney Trust | Tierney/Tierney Trust |
| | $114,009 | Kiminaia/Kiminaia Trust | Kiminaia/Kiminaia Trust |
| Tierney Two-Year Transfers | $86,666 | Tierney/Tierney Trust | Tierney/Tierney Trust |
| Kiminaia Two-Year Transfers | $86,666 | Kiminaia/Kiminaia Trust | Kiminaia/Kiminaia Trust |
| Bill of Sale | $390,000 | ID and IM | ID and IM |
| **$1 Million Transfers** | $1,000,000 | Tierney/Tierney Trust | Tierney/Tierney Trust |
| | $1,000,000 | Kiminaia/Kiminaia Trust | Kiminaia/Kiminaia Trust |
| **$225,000 Transfers** | $225,000 | Tierney/Tierney Trust | Tierney/Tierney Trust |
| | $225,000 | Kiminaia/Kiminaia Trust | Kiminaia/Kiminaia Trust |
| **Grossi Transfers** | | | |
| Six-Year Trasnsfers | $1,192,000 | Grossi/2210/305 | Grossi/2210/305 |
| Two-Year Transfers | $2,165,003.95 | Grossi/2210/305 | Grossi/2210/305 |
| One-Year Transfers | $603,282.16 | Grossi/2210/305 | Grossi/2210/305 |
| **Post-Petition Transfers** | $38,131 | Grossi/2210/305 | Grossi/2210/305 |

\*This chart is a summary of transfers set forth in the Complaint and is subject to revision upon discovery.

**EXHIBIT E CONT'D**

| | |
|---|---|
| **TOTAL TO TIERNEY/TIERNEY TRUST** | **$10,634,009** |
| **TOTAL TO KIMINAIA/KIMINAIA TRUST** | **$10,634,009** |
| **TOTAL TO GROSSI/2210/305** | **$4,095,135** |
| **TOTAL TO SATTAR** | **$700,000** |
| **TOTAL TO ID AND IM** | **$390,000** |

*This chart is a summary of transfers set forth in the Complaint and is subject to revision upon discovery.

2