# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                          Case: 23-43403-MLO
                                                Chapter 11
ARK LABORATORY, LLC,                            Hon. Maria L. Oxholm

      Debtor.
_____/

PAUL R. HAGE, solely in his                     Adv. P. Case No. 23-04496-MLO
capacity as Liquidating Trustee
of the Ark Laboratory Trust,

      Plaintiff,

v

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
company, BRIAN TIERNEY, Individually
and as Trustee of the TIERNEY FAMILY
TRUST DATED 12/21/2018, NAMEER
KIMINAIA, Individually and as Trustee of
the NAMEER KIMINAIA LIVING TRUST
DATED 5/31/2019, TIERNEY FAMILY
TRUST DATED 12/21/2018, NAMEER
KIMINAIA LIVING TRUST DATED
5/31/2019, HAMID SATTAR, ION
DIAGNOSTIC, LLC, a Michigan limited
liability company, and ION MARKETING,
LLC, a Michigan limited liability company,

      Defendants.

---

## STIPULATION FOR ENTRY OF ORDER EXTENDING DEFENDANTS JAMES A GROSSI AND 2210/305 LLC'S DEADLINE TO RESPOND TO COMPLAINT

1

Plaintiff, Paul R. Hage, solely in his capacity as the Liquidating Trustee of the Ark Laboratory Trust, and Defendants James A. Grossi and 2210/305 LLC ("Defendants"), through their respective counsel, stipulate and agree to the entry of the proposed Order, attached hereto as **Exhibit 1**.

 <u>**APPROVED**</u>:

**TAFT STETTINIUS & HOLLISTER, LLP**

By: <u>/s/ Kimberly Ross Clayson</u>
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
27777 Franklin, Suite 2500
Southfield, MI 48034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com

*Counsel for Paul R. Hage, solely
in his capacity as the Liquidating
Trustee of the Ark Laboratory
Trust*

Dated:  January 22, 2024

By: <u>/s/ James A. Grossi</u>
James A. Grossi, individually and on behalf of 2210/3035 LLC

Dated:  January 22, 2024

**EXHIBIT 1**

In re:                                              Case: 23-43403-MLO
                                                    Chapter 11
ARK LABORATORY, LLC,                                Hon. Maria L. Oxholm

     Debtor.

_____/

PAUL R. HAGE, solely in his                         Adv. P. Case No. 23-04496-MLO
capacity as Liquidating Trustee
of the Ark Laboratory Trust,

     Plaintiff,

v

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
company, BRIAN TIERNEY, Individually
and as Trustee of the TIERNEY FAMILY
TRUST DATED 12/21/2018, NAMEER
KIMINAIA, Individually and as Trustee of
the NAMEER KIMINAIA LIVING TRUST
DATED 5/31/2019, TIERNEY FAMILY
TRUST DATED 12/21/2018, NAMEER
KIMINAIA LIVING TRUST DATED
5/31/2019, HAMID SATTAR, ION
DIAGNOSTIC, LLC, a Michigan limited
liability company, and ION MARKETING,
LLC, a Michigan limited liability company,

     Defendants.

---

## <u>ORDER EXTENDING DEFENDANTS<br>JAMES A. GROSSI AND 2210/305 LLC'S<br>DEADLINE TO RESPOND TO COMPLAINT</u>

THIS MATTER came before the Court upon the Stipulation between Plaintiff, Paul R. Hage, solely in his capacity as the Liquidating Trustee of the Ark Laboratory Trust ("Plaintiff"), and Defendants James A. Grossi and 2210/305 LLC (collectively, the "Defendants"); the Court having read same and being otherwise fully and duly advised in the premises;

NOW THEREFORE, IT IS ORDERED that the time for the Defendants to respond to the complaint filed by Plaintiff is hereby extended to February 12, 2024.