UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case: 23-43403-MLO<br>Chapter 11 |
| ARK LABORATORY, LLC, | Hon. Maria L. Oxholm |
| Debtor.<br>_____/ | |
| PAUL R. HAGE, solely in his capacity as Liquidating Trustee of the Ark Laboratory Trust, | Adv. P. Case No. 23-04496-MLO |
| Plaintiff, | |
| v | |
| JAMES A. GROSSI, an Individual, 2210/305 LLC, a Michigan limited liability company, BRIAN TIERNEY, Individually and as Trustee of the TIERNEY FAMILY TRUST DATED 12/21/2018, NAMEER KIMINAIA, Individually and as Trustee of the NAMEER KIMINAIA LIVING TRUST DATED 5/31/2019, TIERNEY FAMILY TRUST DATED 12/21/2018, NAMEER KIMINAIA LIVING TRUST DATED 5/31/2019, HAMID SATTAR, ION DIAGNOSTIC, LLC, a Michigan limited liability company, and ION MARKETING, LLC, a Michigan limited liability company, | |
| Defendants. | |

# ORDER EXTENDING DEFENDANTS
# JAMES A. GROSSI AND 2210/305 LLC'S
# DEADLINE TO RESPOND TO COMPLAINT

**THIS MATTER** came before the Court upon the Stipulation between Plaintiff, Paul R. Hage, solely in his capacity as the Liquidating Trustee of the Ark Laboratory Trust ("Plaintiff"), and Defendants James A. Grossi and 2210/305 LLC (collectively, the "Defendants"); the Court having read same and being otherwise fully and duly advised in the premises;

**NOW THEREFORE, IT IS ORDERED** that the time for the Defendants to respond to the complaint filed by Plaintiff is hereby extended to February 12, 2024.

**Signed on January 22, 2024**

/s/ Maria L. Oxholm
_____
Maria L. Oxholm
United States Bankruptcy Judge