UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Ark Laboratory, LLC,　　　　　　　　　　　　　　　Case No. 23-43403-MLO
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.　　　　　　　　　　　　　　　　　　Hon. Maria L. Oxholm
_____/

PAUL R. HAGE, solely in his
capacity as Liquidating Trustee
of the Ark Laboratory Trust,

　　　　Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　　　　　　Adv. Proceeding No. 23-04496

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
Company,

　　　　Defendant(s)
_____/

**ORDER FOR MEDIATION**

　　　　Pursuant to the parties' agreement to do so during the Initial Scheduling Conference held on March 21, 2024, and E.D. Mich. L.B. R. 7016-2(a), the parties to this proceeding are hereby ordered to engage in mediation of this proceeding.

The parties have agreed to designate Hon. Phillip Shefferly, 150 West Jefferson, Suite 850, Detroit, MI 48226, as the mediator in this Adversary Proceeding. The Court will send a copy of this order to the mediator. The mediation shall be completed on or before August 30, 2024.

IT IS SO ORDERED.

**Signed on March 21, 2024**



/s/ Maria L. Oxholm

**Maria L. Oxholm
United States Bankruptcy Judge**