UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case: 23-43403-MLO<br>Chapter 11 |
| ARK LABORATORY, LLC, | Hon. Maria L. Oxholm |
|     Debtor.<br>_____/ | |
| PAUL R. HAGE, solely in his capacity as Liquidating Trustee of the Ark Laboratory Trust, | Adv. P. Case No. 23-04496-MLO |
|     Plaintiff, | |
| v | |
| JAMES A. GROSSI, an Individual, 2210/305 LLC, a Michigan limited liability company, BRIAN TIERNEY, Individually and as Trustee of the TIERNEY FAMILY TRUST DATED 12/21/2018, NAMEER KIMINAIA, Individually and as Trustee of the NAMEER KIMINAIA LIVING TRUST DATED 5/31/2019, TIERNEY FAMILY TRUST DATED 12/21/2018, NAMEER KIMINAIA LIVING TRUST DATED 5/31/2019, HAMID SATTAR, ION DIAGNOSTIC, LLC, a Michigan limited liability company, and ION MARKETING, LLC, a Michigan limited liability company, | |
|     Defendants. | |

# ORDER EXTENDING
# DISCOVERY RESPONSE DEADLINES FOR
# <u>PLAINTIFF AND DEFENDANTS</u>

**THIS MATTER** came before the Court upon the Stipulation between Plaintiff, Paul R. Hage, solely in his capacity as the Liquidating Trustee of the Ark Laboratory Trust ("Plaintiff"), and Defendants, James A. Grossi ("Grossi"), 2210/305 LLC ("2210/305"), Brian Tierney ("Tierney"), Nameer Kiminaia ("Kiminaia"), Tierney Family Trust Dated 12/21/2018 ("Tierney Trust"), Nameer Kiminaia Living Trust Dated 5/31/2019 ("Kiminaia Trust"), Hamid Sattar ("Sattar"), Ion Diagnostic, LLC ("Ion Diagnostic"), and Ion Marketing, LLC ("Ion Marketing"), (collectively "the Defendants"), the Court having read same and being otherwise fully and duly advised in the premises;

**IT IS HEREBY ORDERED** that Defendants' deadline to respond to Plaintiff's *First Request for Admissions* and *First Set of Interrogatories and Document Requests* to the Defendants [collectively, ECF Nos. 62-78], currently due April 11, 2024, is extended to May 13, 2024;

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's deadline to respond the response date for Defendants, Grossi, Tierney, Kiminaia, and Sattar's *First Request for Production of Document* to Plaintiff [ECF No. 86], currently due April 24, 2024, is extended to May 24, 2024;

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's deadline to respond to Defendant, Kiminaia Trust's *First Request for Admissions* to Plaintiff [ECF No. 87], currently due April 25, 2024, is extended to May 28, 2024;

**IT IS HEREBY FURTHER ORDERED** that the deadline to file Initial Disclosures, currently due April 4, 2024, is extended to April 11, 2024.

**Signed on April 1, 2024**



/s/ Maria L. Oxholm
_____
Maria L. Oxholm
United States Bankruptcy Judge