UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,                      Case No. 23-43403-MLO
                                                        Chapter 11
       Debtor.                               Hon. Maria L. Oxholm
_____/
PAUL R. HAGE, solely in his
capacity as Liquidating Trustee
of the Ark Laboratory Trust,

       Plaintiff,                                  Adv. P. No. 23-04496-MLO

v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LCC, a Michigan limited liability
company,

       Defendants.
_____/

**ORDER SHORTENING NOTICE AND SCHEDULING AN
EXPEDITED HEARING ON PLAINTIFF'S
MOTON TO COMPEL DEFENDANT 2210/305, LLC TO COMPLY WITH
<u>MEDIATION ORDER AND FOR OTHER RELIEF</u>**

THIS MATTER is before the Court upon motion of the Plaintiff, Paul R. Hage, solely in his capacity as Liquidating Trustee of the Ark Laboratory Trust ("Plaintiff"), for an expedited hearing on *Plaintiff's Ex Parte Motion for an Order Shortening Notice and Scheduling an Expedited Hearing on Plaintiff's Moton To Compel Defendant 2210/305, LLC to Comply With Mediation Order and for Other Relief* [ECF No. 167] (the "Ex Parte Motion"); the Court having read same and having found cause to grant the relief sought in the Ex Parte Motion; the Court being otherwise fully advised in its premises:

NOW THEREFORE, IT IS HEREBY ORDERED that the Plaintiff's Ex Parte Motion is granted.

IT IS FURTHER ORDERED that the deadline for parties to object to the *Plaintiff's Moton To Compel Defendant 2210/305, LLC to Comply With Mediation Order and for Other Relief* is July 8, 2024 and in the event that a timely objection is filed or served, a telephonic hearing shall be set for **July 11, 2024 at 11:00 a.m.** At least five minutes before the scheduled time for hearing, counsel and parties should call (202) 503-1666 and use Access Code 966805625#. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

IT IS FURTHER ORDERED that if no objection is timely filed or served, Plaintiff is authorized to file a certification of no response with the court on July 8, 2024 upon which the Court may grant Plaintiff's Motion and enter Plaintiff's proposed Order Directing Defendant 2210/305, LLC to Comply With Mediation Order and for Other Relief.

IT IS FURTHER ORDERED that due to the fact that all parties affected by the Motion have consented to receive electronic notice of pleadings via the Court's Electronic Case Filing System, service of the Motion and this Order is not required.

**Signed on June 28, 2024**

/s/ Maria L. Oxholm
_____
**Maria L. Oxholm
United States Bankruptcy Judge**