# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,

    Debtor.

Case No. 23-43403-MLO
Chapter 11
Hon. Maria L. Oxholm

_____/

JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

    Plaintiff,

v.

Adv. P. No. 23-04496-MLO

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

    Defendants.
_____/

**ORDER GRANTING STIPULATION FOR ENTRY OF ORDER TO
AMEND ADVERSARY PROCEEDING SCHEDULING ORDER**

**THIS MATTER** having come before the Court for consideration upon the *Stipulation For Entry Of Order To Amend Adversary Scheduling Order* [ECF No. 213] ("Stipulation") between Plaintiff, Jason W. Bank , solely in his capacity as Successor Trustee of the Ark Laboratory Trust and Defendants, James A. Gross, Brian Tierney, Nameer Kiminaia, 2210/305 LLC, Tierney Family Trust Dated 12/21/2018, the Nameer Kiminaia Living Trust Dated 5/31/2019, ION Diagnostics, LLC and ION Marketing, LLC the Court having reviewed the same; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that paragraph (g) of the Scheduling Order[1] is amended as follows:

(g) Reports from retained experts under Rule 26(a)(2) due:

Party with burden of proof on an issue expert report due date: December 2, 2024,

Party with burden of proof on an issue rebuttal expert report due date: January 17, 2024

**IT IS HEREBY FURTHER ORDERED** that the Mediation Order is amended to allow the Parties to continue to mediate issues, as, when or if necessary, until the date of trial in the Scheduling Order.

---

[1] All capitalized terms shall have the meanings ascribed to them in the Stipulation unless otherwise stated to the contrary herein.

**IT IS HEREBY FURTHER ORDERED** that all other dates scheduled in the Rule 26(f) Report are unchanged, including trial dates.

**Signed on September 17, 2024**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge