# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,                        Case No. 23-43403-MLO
                                            Chapter 11
Debtor.                                     Hon. Maria L. Oxholm
_____/
JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

       Plaintiff,                       Adv. P. No. 23-04496-MLO

  v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

       Defendants.
_____/

## **STIPULATED ORDER SCHEDULING STATUS CONFERENCE**

**THIS MATTER** came before the Court for consideration upon the *Stipulation For Order Scheduling Status Conference* [ECF No. 225] ("Stipulation") between Plaintiff, Jason W. Bank , solely in his capacity as Successor Trustee of the Ark Laboratory Trust ("Plaintiff"), and Defendants, James A. Gross, Brian Tierney, Nameer Kiminaia, 2210/305 LLC, Tierney Family Trust Dated 12/21/2018, the Nameer Kiminaia Living Trust Dated 5/31/2019, ION Diagnostics, LLC and ION Marketing, LLC, ("Defendants" and together with Plaintiff, the "Parties"), by their respective counsel, consenting to the terms of this Order;

**NOW THEREFORE, IT IS HEREBY ORDERED** the Parties shall appear for a **status conference** to address the current dates and deadlines on **October 24, 2024 at 11:00 a.m.** This conference shall be held telephonically, to participate, counsel for the parties should call (202) 503-1666 and use Conference ID 966 805 625#.

**Signed on October 23, 2024**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**