# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,

    Debtor.

_____/

JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

    Plaintiff,

v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

    Defendants.
_____/

Case No. 23-43403-MLO
Chapter 11
Hon. Maria L. Oxholm

Adv. P. No. 23-04496-MLO

## ORDER GRANTING STIPULATION FOR ENTRY OF ORDER FOR SECOND AMENDMENT TO ADVERSARY PROCEEDING SCHEDULING ORDER

**THIS MATTER** having come before the Court on a Status Hearing[1] held before the Court on October 24, 2024 at 11:00 a.m. on the request of the Parties wherein the Parties requested entry of an amended scheduling order which the Court approved for the reasons stated on the record and upon the *Stipulation For Entry Of Order For Second Amendment To Adversary Proceeding Scheduling Order* [ECF No. ___] ("Stipulation") between Plaintiff, Jason W. Bank , solely in his capacity as Successor Trustee of the Ark Laboratory Trust and Defendants, James A. Gross, Brian Tierney, Nameer Kiminaia, 2210/305 LLC, Tierney Family Trust Dated 12/21/2018, the Nameer Kiminaia Living Trust Dated 5/31/2019, ION Diagnostics, LLC and ION Marketing, LLC, the Court having reviewed the same; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that the Scheduling Order is amended as follows:

A. Deadline for Party with burden of proof on an issue expert report due March 3, 2025,

B. Deadline for Party with burden of proof on an issue rebuttal expert report due April 17, 2025,

C. Deadline for completion of discovery is extended from February 28, 2025 to May 28, 2025,

D. Deadline for Parties to file dispositive motions is extended from

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

March 17, 2025 to June 30, 2025,

E. Final Pretrial is adjourned from April 17, 2025 to August 14, 2025 at 11:00 a.m. and

F. Trial is adjourned from April 28, 2025 through April 30, 2025 to August 25, 2025 through August 27, 2025 at 10:00 a.m. on each day of trial.

**Signed on November 1, 2024**



/s/ Maria L. Oxholm
**Maria L. Oxholm
United States Bankruptcy Judge**