UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,   Case No. 23-43403-MLO
                       Chapter 11
    Debtor.   Hon. Maria L. Oxholm
_____/
JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

    Plaintiff,   Adv. P. Case No. 23-04496-MLO
  v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

    Defendants.
_____/

## NOTICE OF THIRD ADJOURNMENT OF DEPOSITION AS TO NAMEER KIMINAIA, INDIVIDUALLY

TO: Nameer Kiminaia
c/o Saretsky Hart Michaels + Gould PC
Brian Witus, Esq.
995 South Eton
Birmingham, Michigan 48009

PLEASE TAKE NOTICE that Plaintiff, Jason W. Bank, solely in his capacity as Successor Trustee of the Ark Laboratory Trust ("Plaintiff"), by his undersigned counsel, previously scheduled the deposition of Nameer Kiminaia, individually on October 29, 2024. The deposition has been adjourned to **Friday, January 10, 2025**, at Taft Stettinius & Hollister LLP, 27777 Franklin Road, Suite 2500, Southfield, MI 48034, commencing at 9:30 a.m., and will continue day to day until complete.

The deposition will be an oral examination before a notary public or any other officer authorized by law to take a deposition. This deposition is being taken for the purposes of discovery and for any other purposes permitted by the Bankruptcy Court Rules and applicable law.

|  |  |
|---|---|
|  | Respectfully submitted by:<br>**TAFT, STETTINIUS & HOLLISTER, LLP** |
| Dated: December 12, 2024 | By: /s/ Kimberly Ross Clayson<br>Judith Greenstone Miller (P29208)<br>Kimberly Ross Clayson (P69804)<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 49034<br>(248) 351-3000<br>jgmiller@taftlaw.com<br>kclayson@taftlaw.com<br><br>*Counsel for Plaintiff Jason W. Bank, Solely in his Capacity as Successor Trustee of the Ark Laboratory Trust* |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| ARK LABORATORY, LLC, | Case No. 23-43403-MLO |
| | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

_____/

JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

       Plaintiff,                         Adv. P. Case No. 23-04496-MLO

  v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

       Defendants.
_____/

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2024, I caused to be served a copy of

the *Notice of Third Adjournment of Deposition as to Nameer Kiminaia, Individually*

and *Certificate of Service* with the Clerk of the Court, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice.

                              Respectfully submitted by:

                              **TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: December 12, 2024    By: /s/ Kimberly Ross Clayson
                                       Judith Greenstone Miller (P29208)
                                       Kimberly Ross Clayson (P69804)
                                       27777 Franklin Road, Suite 2500
                                       Southfield, Michigan 49034
                                       (248) 351-3000
                                       jgmiller@taftlaw.com
                                       kclayson@taftlaw.com

                                       *Counsel for Plaintiff Jason W. Bank, Solely in his Capacity as Successor Trustee of the Ark Laboratory Trust*