# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,                 Case No. 23-43403-MLO
                                                      Chapter 11
     Debtor.                               Hon. Maria L. Oxholm

_____/
JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

     Plaintiff,                           Adv. P. No. 23-04496-MLO

    v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

     Defendants.
_____/

## ORDER GRANTING STIPULATION FOR THIRD AMENDMENT TO ADVERSARY PROCEEDING SCHEDULING ORDER

1

**THIS MATTER** having come before the Court for consideration upon the *Stipulation For Entry Of Order For Third Amendment To Adversary Proceeding Scheduling Order* [ECF No. 273] ("Stipulation") between Plaintiff, Jason W. Bank , solely in his capacity as Successor Trustee of the Ark Laboratory Trust and Defendants, James A. Gross, Brian Tierney, Nameer Kiminaia, 2210/305 LLC, Tierney Family Trust Dated 12/21/2018, the Nameer Kiminaia Living Trust Dated 5/31/2019, ION Diagnostics, LLC and ION Marketing, LLC  the Court having reviewed the same; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that paragraph (g) of the Scheduling Order[1] is amended as follows:

(g) Reports from retained experts under Rule 26(a)(2) due:

Party with burden of proof on an issue expert report due date:  March 17, 2025,

Party with burden of proof on an issue rebuttal expert report due date: May 1, 2025.

**IT IS HEREBY FURTHER ORDERED** that all other dates scheduled in the Rule 26(f) Report are unchanged, including trial dates.

**Signed on February 7, 2025**

/s/ Maria L. Oxholm

**Maria L. Oxholm**
**United States Bankruptcy Judge**

---

[1] All capitalized terms shall have the meanings ascribed to them in the Stipulation unless otherwise stated to the contrary herein.