In re:

| | |
|---|---|
| ARK LABORATORY, LLC, | Case No. 23-43403-MLO |
| | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

_____/
JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

      Plaintiff,                                      Adv. P. No. 23-04496-MLO

    v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

      Defendants.
_____/

**STIPULATION FOR ENTRY OF ORDER GRANTING MOTION TO
EXTEND SCHEDULING ORDER DEADLINES AND ORDER SETTING
<u>NEW SCHEDULING ORDER DEADLINES</u>**

Plaintiff, Jason W. Bank , solely in his capacity as Successor Trustee of the Ark Laboratory Trust, and Defendants, James A. Gross, Brian Tierney, Nameer Kiminaia, 2210/305 LLC, Tierney Family Trust Dated 12/21/2018, the Nameer Kiminaia Living Trust Dated 5/31/2019, Ion Diagnostics, LLC and Ion Marketing, LLC, by and through their undersigned counsel, stipulate to entry of the Order attached hereto.

.

**\*\*\* SIGNATURES FOLLOW ON NEXT PAGE \*\*\***

**APPROVED AS TO FORM:**

Dated: March 20, 2025

**TAFT STETTINIUS & HOLLISTER, LLP**

By: */s/Kimberly Ross Clayson*
Judith Greenstone Miller (P29208)
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 49034
(248) 351-3000
jgmiller@taftlaw.com
kclayson@taftlaw.com

and

David H. Wallace
(Ohio Bar No. 0037210)
200 Public Square Suite 3500
Cleveland, OH 44114-2302
(216) 241-2838
dwallace@taftlaw.com

*Counsel for Plaintiff Jason W. Bank, Solely in his Capacity as Successor Trustee of the Ark Laboratory Trust*

**ZOUSMER LAW GROUP PLC**

By: */s/Michael I. Zousmer*
Michael I. Zousmer (P47190)
4190 Telegraph Road, Suite 3000
Bloomfield Hills, Michigan 48302
(248) 351-0099
michael@zlawplc.com

**SARETSKY HART MICHAELS + GOULD PC**

By: */s/Brian Witus*
Gary M. Saretsky (P31708)
Brian Witus (P53062)
995 South Eton
Birmingham, Michigan 48009
(248) 502-3300
bwitus@saretsky.com

*Co-Counsel for Defendants James A. Grossi, Brian Tierney, Nameer Kiminaia and Hamid Sattar*

**RAYMOND J. SALLOUM PC**

By: */s/Raymond J. Salloum*
Raymond J. Salloum (P36852)
40700 Woodward Ave., Ste. 305
Bloomfield Hills, MI 48304
248-594-4700
salloumlaw@comcast.net

*Counsel for Defendants, Kiminaia Trust, Tierney Trust, Ion Diagnostics and Ion Marketing*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case: 23-43403-MLO
 Chapter 11
ARK LABORATORY, LLC, Hon. Maria L. Oxholm

    Debtor
_____/
JASON W. BANK, solely in his
capacity as Successor Trustee
of the Ark Laboratory Trust,

    Plaintiff, Adv. P. Case No. 23-04496-MLO

v

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
company, BRIAN TIERNEY, Individually
and as Trustee of the TIERNEY FAMILY
TRUST DATED 12/21/2018, NAMEER
KIMINAIA, Individually and as Trustee of
the NAMEER KIMINAIA LIVING TRUST
DATED 5/31/2019, HAMID SATTAR, ION
DIAGNOSTICS, LLC, a Michigan limited
liability company, and ION MARKETING,
LLC, a Michigan limited liability company,

    Defendants.
_____/

# ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND ORDER SETTING NEW SCHEDULING ORDER <u>DEADLINES</u>

This matter having come before the Court based upon the Motions to Extend Scheduling Order Deadlines (the "Motions") filed by Defendants, Nameer Kiminaia Trust and Tierney Family Trust (the "Trusts") [ECF Nos. 275, 276 and 280], the Court's corresponding Notice of Hearing [ECF No. 282], and the Court's Notice of Status Conference [ECF No. 283], and the Parties having been heard and the Court having been duly advised in the premises:

**IT IS HEREBY ORDERED** that the Trusts' Motions are GRANTED as stated on the record and as set forth below;

**IT IS FURTHER HEREBY ORDERED** that all prior scheduling order deadlines are adjourned and amended and the new scheduling order deadlines are set as follows:

| | |
|---|---|
| Plaintiff's Expert Report Due Date | May 16, 2025 |
| Defendants' Expert Report Due Date | June 26, 2025 |
| Discovery Completion Deadline | July 28, 2025 |
| Dispositive Motion Filing Deadline | September 15, 2025 |
| Final Pre-Trial Conference | September 25, 2025, 11:00 a.m. |
| Trial | October 14-16, 2025 |