UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case: 23-43403-MLO
 Chapter 11
ARK LABORATORY, LLC,  Hon. Maria L. Oxholm

    Debtor
_____/
JASON W. BANK, solely in his
capacity as Successor Trustee
of the Ark Laboratory Trust,

    Plaintiff, Adv. P. Case No. 23-04496-MLO

v

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
company, BRIAN TIERNEY, Individually
and as Trustee of the TIERNEY FAMILY
TRUST DATED 12/21/2018, NAMEER
KIMINAIA, Individually and as Trustee of
the NAMEER KIMINAIA LIVING TRUST
DATED 5/31/2019, HAMID SATTAR, ION
DIAGNOSTICS, LLC, a Michigan limited
liability company, and ION MARKETING,
LLC, a Michigan limited liability company,

    Defendants.
_____/

**ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER DEADLINES AND ORDER SETTING NEW SCHEDULING ORDER <u>DEADLINES</u>**

    This matter having come before the Court based upon the Motions to Extend Scheduling Order Deadlines (the "<u>Motions</u>") filed by Defendants,

Nameer Kiminaia Trust and Tierney Family Trust (the "Trusts") [ECF Nos. 275, 276 and 280], the Court's corresponding Notice of Hearing [ECF No. 282], and the Court's Notice of Status Conference [ECF No. 283], and the Parties having been heard and the Court having been duly advised in the premises:

**IT IS HEREBY ORDERED** that the Trusts' Motions are GRANTED as stated on the record and as set forth below;

**IT IS FURTHER HEREBY ORDERED** that all prior scheduling order deadlines are adjourned and amended and the new scheduling order deadlines are set as follows:

| | |
|---|---|
| Plaintiff's Expert Report Due Date | May 16, 2025 |
| Defendants' Expert Report Due Date | June 26, 2025 |
| Discovery Completion Deadline | July 28, 2025 |
| Dispositive Motion Filing Deadline | September 15, 2025 |
| Final Pre-Trial Conference | September 25, 2025, 11:00 a.m. |
| Trial | October 14, 15 and 16, 2025 at 10:00 a.m. in Courtroom 1875, 211 W. Fort Street, Detroit, MI 48226. |

**Signed on March 21, 2025**



/s/ Maria L. Oxholm
Maria L. Oxholm
**United States Bankruptcy Judge**