# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,　　　　　　　　　　　Case No. 23-43403-MLO
　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　Debtor.　　　　　　　　　　　　　　　　Hon. Maria L. Oxholm
_____/

JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

　　　　Plaintiff,　　　　　　　　　　　　Adv. P. No. 23-04496-MLO

　　v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

　　　　Defendants.
_____/

**ORDER GRANTING STIPULATION FOR ORDER ADJOURNING TRIAL,
OR ALTERNATIVELY, SCHEDULING A STATUS CONFERENCE**

1

**THIS MATTER** having come before the Court for consideration upon the *Stipulation For Entry Of An Order Adjourning Trial, Or Alternatively, Scheduling A Status Conference* [ECF No. 300] ("Stipulation") between Plaintiff, Jason W. Bank , solely in his capacity as Successor Trustee of the Ark Laboratory Trust and Defendants, James A. Gross, Brian Tierney, Nameer Kiminaia, 2210/305 LLC, Tierney Family Trust Dated 12/21/2018, the Nameer Kiminaia Living Trust Dated 5/31/2019, ION Diagnostics, LLC and ION Marketing, LLC the Court having reviewed the same; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that the Scheduling Order[1] and Second Amended Scheduling Order is amended as follows:

1. Trial is adjourned from October 14, 2025 through October 16, 2025 to October 20, 2025, October 21, 2025 and October 22, 2025, at 10:00 a.m. in Courtroom 1875.

**Signed on April 16, 2025**

/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**

---

[1] All capitalized terms shall have the meanings ascribed to them in the Stipulation unless otherwise stated to the contrary herein.