**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

ARK LABORATORY, LLC,                          Case No. 23-43403-MLO
                                                             Chapter 11
       Debtor.                                 Hon. Maria L. Oxholm
_____/

JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

       Plaintiff,                              Adv. P. No. 23-04496-MLO
   v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

       Defendants.
_____/

**STIPULATED**
**ORDER EXTENDING CERTAIN DISCOVERY DEADLINES**

**THIS MATTER** having come before the Court upon the *Stipulation For Entry Of Further Order Extending Certain Discovery Deadlines* [ECF No. ___] ("Stipulation") between Plaintiff, Jason W. Bank, solely in his capacity as Successor Trustee of the Ark Laboratory Trust (the "Plaintiff") and Defendants, James A. Grossi, Brian Tierney, Nameer Kiminaia, Tierney Family Trust Dated 12/21/2018, the Nameer Kiminaia Living Trust Dated 5/31/2019, ION Diagnostics, LLC and ION Marketing, LLC (collectively, the "Defendants"), the Court having reviewed the same; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that the discovery deadlines enumerated below are extended as follows:

A. Deadline for Defendants to Answer Plaintiff's Second Requests for Admissions [ECF Nos 291, 292, 293, 294, 295, 296, 297 and 298] is extended from June 25, 2025 to July 9, 2025.

B. Deadline for Plaintiff to serve his expert report is extended from June June 27, 2025 to July 11.

C. Deadline for Defendants to serve their expert report is extended from July 24, 2025 to August 7, 2025.

D. Deadline for the Parties to complete discovery is extended from August 22, 2025 to September 5, 2025.

**Signed on June 26, 2025**

/s/ Maria L. Oxholm
_____
Maria L. Oxholm
**United States Bankruptcy Judge**