UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ARK LABORATORY, LLC,                               Case No. 23-43403-MLO
                                                                          Chapter 11
     Debtor.                                      Hon. Maria L. Oxholm

_____/

JASON W. BANK, SOLELY IN HIS
CAPACITY AS SUCCESSOR TRUSTEE
OF THE ARK LABORATORY TRUST,

     Plaintiff,                               Adv. P. No. 23-04496-MLO

     v.

JAMES A. GROSSI, an Individual,
2210/305 LLC, a Michigan limited liability
Company, BRIAN TIERNEY,
Individually and as Trustee of the
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA,
Individually and as Trustee of the NAMEER
KIMINAIA LIVING TRUST DATED 5/31/2019,
TIERNEY FAMILY TRUST DATED
12/21/2018, NAMEER KIMINAIA
LIVING TRUST DATED 5/31/2019,
HAMID SATTAR, ION DIAGNOSTICS, LLC, a
Michigan limited liability company, and ION
MARKETING, LLC, a Michigan limited liability
company,

     Defendants.
_____/

**STIPULATED ORDER (I) EXTENDING ADVERSARY
PROCEEDING SCHEDULING ORDER DATES
AND (II) SCHEDULING STATUS CONFERENCE**

**THIS MATTER** having come before the Court upon a *Notice of Status Conference* [Adv. Pro. ECF No. 311] and a *Stipulation For Entry Of Order (I) Extending Adversary Proceeding Scheduling Order Dates and (II) Scheduling a Status Conference* [Adv. Pro. ECF No. 312] ("Stipulation") between Plaintiff, Jason W. Bank , solely in his capacity as Successor Trustee of the Ark Laboratory Trust (the "Plaintiff") and Defendants, James A. Grossi, Brian Tierney, Nameer Kiminaia, Tierney Family Trust Dated 12/21/2018, the Nameer Kiminaia Living Trust Dated 5/31/2019, ION Diagnostics, LLC and ION Marketing, LLC (collectively, the "Defendants" and, together with the Plaintiff, the "Parties"); a Status Conference having been held by the Court on July 17, 2025; the Court having reviewed the Stipulation and having found good cause to grant the relief sought therein; and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** as follows:

1. All the dates in the Adversary Proceeding Scheduling Order that would otherwise come due within the next thirty (30) days are hereby extended until August 18, 2025.

2. The Court shall hold a Telephonic Status Conference on **August 21, 2025 at 11:00 a.m. (the "Next Status Conference")**, if necessary, to address further extending the dates subject to the Adversary Proceeding Scheduling Order.

3. No expert reports need be prepared, exchanged or submitted until after

the Court holds the Next Status Conference, at which time, the Court will address establishing new dates for the preparation, exchange and submittal of expert reports by the Parties, if necessary.

**Signed on July 17, 2025**



/s/ Maria L. Oxholm

**Maria L. Oxholm
United States Bankruptcy Judge**